# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Maryellen Noreika**
(302) 351-9278
(302) 425-3011 FAX
mnoreika@mnat.com

December 29, 2015

The Honorable Leonard P. Stark    *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Forest Laboratories, LLC, et al. v. Amneal Pharmaceuticals LLC, et al.*
             C.A. No. 15-756 (LPS)

Dear Chief Judge Stark:

      Attached is a proposed scheduling order with dates provided by the Court on December 22, 2015.

                                            Respectfully,

                                            */s/ Maryellen Noreika*

                                            Maryellen Noreika (#3208)

MN/dam
Enclosure
cc:    Clerk of Court (Via Hand Delivery; w/ encl.)
        All Counsel of Record (Via Electronic Mail; w/ encl.)
9738765