IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOREST LABORATORIES, LLC, FOREST LABORATORIES HOLDINGS, LTD., ALLERGAN USA, INC. and ADAMAS PHARMACEUTICALS, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 15-756 (LPS) |
| AMNEAL PHARMACEUTICALS LLC, AMNEAL PHARMACEUTICALS OF NEW YORK, LLC and PAR PHARMACEUTICAL, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

The Court, upon the consent and request of Plaintiffs Forest Laboratories, LLC (f/k/a Forest Laboratories, Inc.), Forest Laboratories Holdings, Ltd., Allergan USA, Inc. and Adamas Pharmaceuticals, Inc. (collectively, "Plaintiffs") and Defendants Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals of New York, LLC (collectively, "Amneal"), hereby acknowledges the following Stipulation and issues the following Order.

## STIPULATION

1.      This Court has subject matter jurisdiction over this patent infringement action (the "Action") and personal jurisdiction over Plaintiffs and Amneal for purposes of the Action.  Venue is proper in this Court as to Plaintiffs and Amneal for the Action.

2.      In the Action, Plaintiffs have asserted claims against Amneal for infringement of U.S. Patent Nos. 8,039,009 ("the '009 Patent"), 8,058,291 ("the '291 Patent"), 8,168,209 ("the '209 Patent"), 8,173,708 ("the '708 Patent"), 8,283,379 ("the '379 Patent"), 8,293,794 ("the '794 Patent"), 8,329,752 ("the '752 Patent"), 8,338,485 ("the '485 Patent"),

8,338,486 ("the '486 Patent"), 8,362,085 ("the '085 Patent"), 8,580,858 ("the '858 Patent"), and 8,598,233 ("the '233 Patent") in connection with Amneal's submission of Abbreviated New Drug Application ("ANDA") 208328 directed to generic memantine hydrochloride extended-release and donepezil hydrochloride capsule products to the U.S. Food and Drug Administration ("FDA").

3.     In response to Plaintiffs' claims of patent infringement, Amneal has alleged certain defenses and counterclaims, including that the '009 Patent, the '291 Patent, the '209 Patent, the '708 Patent, the '379 Patent, the '794 Patent, the '752 Patent, the '485 Patent, the '486 Patent, the '085 Patent, the '858 Patent, and the '233 Patent are invalid, unenforceable, and/or not infringed by the filing of ANDA 208328 with the FDA and/or any making, using, selling, or offering to sell within the United States, or importing into the United States, of the generic memantine hydrochloride extended-release and donepezil hydrochloride capsule products described by ANDA 208328.  To date, no decision has been obtained from this Court in the Action regarding Plaintiffs' claims of infringement against Amneal, or Amneal's defenses and counterclaims.

4.     Amneal admits that the submission of ANDA 208328 to the FDA for the purpose of obtaining regulatory approval to engage in the commercial manufacture, use, and/or sale of the generic memantine hydrochloride extended-release and donepezil hydrochloride capsule products within the United States before the expiration of the '009 Patent, the '291 Patent, the '209 Patent, the '708 Patent, the '379 Patent, the '794 Patent, the '752 Patent, the '485 Patent, the '486 Patent, the '085 Patent, the '858 Patent, and the '233 Patent was a technical act of infringement of each of those patents under 35 U.S.C. § 271(e)(2)(A).  This admission is without prejudice to Amneal's defenses and counterclaims in the Action that the '009 Patent, the '291

Patent, the '209 Patent, the '708 Patent, the '379 Patent, the '794 Patent, the '752 Patent, the '485 Patent, the '486 Patent, the '085 Patent, the '858 Patent, and the '233 Patent are invalid, unenforceable, and/or not infringed by any making, using, selling, or offering to sell within the United States, or importing into the United States, of the generic products described by ANDA 208328. This admission is further without prejudice to any claim, defense, or counterclaim in any possible future action between Amneal and any of the Plaintiffs regarding the '009 Patent, the '291 Patent, the '209 Patent, the '708 Patent, the '379 Patent, the '794 Patent, the '752 Patent, the '485 Patent, the '486 Patent, the '085 Patent, the '858 Patent, the '233 Patent, and/or a generic memantine hydrochloride extended release and donepezil hydrochloride product other than any generic memantine hydrochloride extended release and donepezil hydrochloride capsule product, including those described by ANDA 208328.

5.      Both parties agree that all other claims, defenses, and counterclaims set forth in Plaintiffs' and Amneal's pleadings against each other in the Action, including the allegations and averments contained therein, should be dismissed, without prejudice.

## ORDER

Accordingly, pursuant to the above Stipulation, and upon the consent and request of Plaintiffs and Amneal, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.      The filing of ANDA 208328 was a technical act of infringement of the '009 Patent, the '291 Patent, the '209 Patent, the '708 Patent, the '379 Patent, the '794 Patent, the '752 Patent, the '485 Patent, the '486 Patent, the '085 Patent, the '858 Patent, and the '233 Patent under 35 U.S.C. § 271(e)(2)(A). No decision in the Action has been obtained by either party regarding the validity of the '009 Patent, the '291 Patent, the '209 Patent, the '708 Patent, the '379 Patent, the '794 Patent, the '752 Patent, the '485 Patent, the '486 Patent, the '085 Patent, the '858

Patent, and the '233 Patent, the enforceability of those patents, and/or whether any making, using, selling, or offering to sell within the United States, or importing into the United States, of the generic products described by ANDA 208328 would infringe those patents.

2.      All other claims, defenses, and counterclaims set forth in Plaintiffs' and Amneal's pleadings against each other in the Action, including the allegations and averments contained therein, are hereby dismissed, without prejudice.

3.      Except as and to the extent authorized by Plaintiffs or permitted pursuant to an applicable license agreement, Amneal, its officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, are hereby enjoined from manufacturing, using, offering to sell, or selling within the United States, or importing into the United States, any generic memantine hydrochloride extended-release and donepezil hydrochloride capsule products, including those described by ANDA 208328, during the life of the '009 Patent, the '291 Patent, the '209 Patent, the '708 Patent, the '379 Patent, the '794 Patent, the '752 Patent, the '485 Patent, the '486 Patent, the '085 Patent, the '858 Patent, and the '233 Patent, including any extensions and pediatric exclusivities, unless all of the claims of the '009 Patent, the '291 Patent, the '209 Patent, the '708 Patent, the '379 Patent, the '794 Patent, the '752 Patent, the '485 Patent, the '486 Patent, the '085 Patent, the '858 Patent, and the '233 Patent are found invalid or unenforceable by a court decision from which no appeal has been or can be taken, other than a petition for a writ of certiorari to the U.S. Supreme Court.

4.      Plaintiffs and Amneal each expressly waive any right to appeal or otherwise move for relief from this Stipulation And Order.

5.       This Court retains jurisdiction over Plaintiffs and Amneal for purposes of enforcing this Stipulation And Order.

6.       This Stipulation And Order shall finally resolve the Action.

7.       This Stipulation And Order is without prejudice to any claim, defense, or counterclaim in any possible future action between Amneal and any of the Plaintiffs regarding the '009 Patent, the '291 Patent, the '209 Patent, the '708 Patent, the '379 Patent, the '794 Patent, the '752 Patent, the '485 Patent, the '486 Patent, the '085 Patent, the '858 Patent, and/or the '233 Patent and a generic product other than any generic memantine hydrochloride extended-release and donepezil hydrochloride capsule product, including those described by ANDA 208328.

8.       The Clerk of the Court is directed to enter this Stipulation And Order forthwith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP          YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Maryellen Noreika*                        */s/ Anne Shea Gaza*

---

Jack B. Blumenfeld (#1014)                     Anne Shea Gaza (#4093)
Maryellen Noreika (#3208)                      Samantha G. Wilson (#5816)
1201 North Market Street                       Rodney Square
P.O. Box 1347                                  1000 North King Street
Wilmington, DE  19899                          Wilmington, DE 19801
(302) 658-9200                                 (302) 571-6600
jblumenfeld@mnat.com                           agaza@ycst.com
mnoreika@mnat.com                              swilson@ycst.com

*Attorneys for Plaintiffs*                      *Attorneys for Defendants Amneal*
                                               *Pharmaceuticals LLC and Amneal*
                                               *Pharmaceuticals of New York, LLC*

SO ORDERED this _____ day of _____, 2016

---

HONORABLE LEONARD P. STARK
CHIEF JUDGE, UNITED STATES
DISTRICT COURT FOR THE DISTRICT
OF DELAWARE